# EXHIBIT 2

USPS Label – Proof of Mailing of Notice to the NYS Civil Rights Bureau Regarding Filing of the Present Lawsuit



| **$3.19**<br>**US POSTAGE**<br>09/17/2021<br>From<br>0 lbs 13 ozs | <br>**Pitney Bowes**  026W0004898087 |

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C009**

**CIVIL RIGHTS BUREAU**
**28 LIBERTY STREET**
**NEW YORK NY 10005-1400**

## USPS TRACKING #



**9449 0282 0633 5543 8777 60**

The safer, easier way to pay **PayPal**