# **EXHIBIT 4**

USPS Label – Proof of Mailing of Notice to the NYC Commission on Human Rights Regarding Filing of the Present Lawsuit

| USPS UNITED STATES POSTAL SERVICE® | www.paypal.com |

| $3.19 US POSTAGE 09/17/2021 From 0 lbs 13 ozs |  **Pitney Bowes** 026W0004897889 |

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C017**

DAMION K. L. STODOLA
22 READE STREET, 2ND FLOOR
NYC COMMISSION ON HUMAN RIGHTS
NEW YORK NY 10007-1230

---

**USPS TRACKING #**



9449 0282 0633 5543 8764 59

---

The safer, easier way to pay **PayPal**