# EXHIBIT 3

Notice to the NYC Commission on Human Rights Regarding Filing of the Present Lawsuit

# Law Offices of Michael Grinblat
## 10 East 39th Street, 12th Floor
## New York, NY 10016

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

September 17, 2021

Damion K. L. Stodola
General Counsel
NYC Commission on Human Rights
22 Reade Street, 2nd Floor
New York, NY 10007

By US Mail. USPS Tracking Number: 9449028206335543876459

Re:    LEONID TREYGER v. LIBERTY 99 CENTS PARADISE INC., FOOD MARKETING CONCEPTS, LTD., LIBERTY ASSOCIATES, LLC, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
        Case No.:    21-cv-5189

Dear Mr. Stodola:

        The purpose of this correspondence is to notify your office, pursuant to NYC Human Rights Law §8-502(c), that my law firm filed the above-captioned legal action on behalf of my client, Leonid Treyger, in the United States District Court for the Eastern District of New York on September 17, 2021. The lawsuit stems from the discrimination of my client by the defendants, on the basis of disability, in violation of the Americans with Disabilities Act, 42 U.S.C. §12182, §12183 and §12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City Human Rights Laws [Administrative Code] §8-107. Enclosed please find a copy of the complaint.

        Please contact me should you have any questions, or concerns.

                                                Very truly yours,

                                                Michael Grinblat

                                                Michael Grinblat, Esq.
                                                Enclosure