# EXHIBIT 4

USPS Label – Proof of Mailing of Notice to the NYC Commission on Human Rights Regarding Filing of the Present Lawsuit

 **UNITED STATES POSTAL SERVICE** ®

 **www.paypal.com**

**$3.19**
**US POSTAGE**

09/17/2021
From █████
0 lbs 13 ozs

**Pitney Bowes**     026W0004897889

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C017**

DAMION K. L. STODOLA
22 READE STREET, 2ND FLOOR
NYC COMMISSION ON HUMAN RIGHTS
NEW YORK NY 10007-1230

## USPS TRACKING #



**9449 0282 0633 5543 8764 59**

The safer, easier way to pay **PayPal**